FILED

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

JUN 30 AM 10: 07

CLERK, U.S. DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA, FLORIDA

H. BRIAN HANEY and
HBH ASSETS LTD.,

    Plaintiffs,

v.            CASE NO.: 8:00-MC-52-T-27A

BRYAN J. ZWAN and DIGITAL
LIGHTWAVE, INC.,

    Defendants.
_____/

## ORDER

This cause came on for consideration upon the Emergency Motion for Reconsideration of Order of June 23, 2000, and for Protective Order (doc. 6) in which Mr. Kendrick Moxon requests a protective order permitting him to appear for deposition on July 6 or 7 rather than June 30, 2000, due to a death in his family. Upon consideration of the motion, it is hereby

ORDERED:

1. Non-party witness Kendrick Moxon's Emergency Motion for Reconsideration of Order of June 23, 2000, and for Protective Order (doc. 6) is GRANTED to the extent his deposition shall take place either July 6 or 7, 2000, rather than June 30, 2000. All other relief requested is DENIED.

DONE AND ORDERED in chambers at Tampa, Florida on this 30 day of June 2000.

            /s/ Mark A. Pizzo
            MARK A. PIZZO
            UNITED STATES MAGISTRATE JUDGE

Copies to: Counsel of Record